STATE OF NEW JERSEY v. JORGE VALDEZ.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICIA POPE.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ISAAC CUSTIS.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY CROOKS.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BENNY CHARLES EVANS.

May 20, 1986.

Petition for certification denied.